845 A.2d 814

**Gerald MISTICH, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 29, 2004.

### ORDER

PER CURIAM:

**AND NOW,** this 29th day of March, 2004, the order of the Commonwealth Court is VACATED, and the matter is re-

manded for reconsideration in light of *Martin v. PBPP*, 840 A.2d 299 (Pa.2003). Jurisdiction is relinquished.